IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTINA DARLENE TESSIER, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-05-374-C |
| | ) | |
| MILLICENT NEWTON-EMBRY, | ) | |
| | ) | |
| Respondent | ) | |

ORDER AFFIRMING REPORT AND RECOMMENDATION

This habeas corpus action filed by a state prisoner appearing pro se was referred to

United States Magistrate Judge Valerie K. Couch consistent with 28 U.S.C. § 636(b)(1)(B).

Judge Couch entered a Report and Recommendation on July 6, 2005, recommending the

Petition be dismissed as untimely, and Petitioner has timely filed her Objection.  The Court

therefore considers the matter de novo.

In the Report and Recommendation, Judge Couch sets out the facts regarding the time

line of this case which are undisputed by Petitioner.  The conviction for which Petitioner

seeks relief was final on January 18, 1994; she filed this action on April 1, 2005, over nine

years after the finality of her conviction and almost seven years after the expiration of the

AEDPA's statute of limitations.  See 28 U.S.C. §§ 2244(d)(1)(A) and (d)(2).   In her

Objection, Petitioner merely reiterates the inability to timely receive transcripts and other

paperwork pertaining to her case, all of which was originally asserted in a letter to Judge

Couch filed on June 1.  This attempt to justify a seven-year delay is not sufficient to present

a rare and exceptional circumstance for which equitable tolling would apply.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the

Magistrate Judge, and for the reasons stated therein, this action is dismissed, as untimely.

Because no amendment can cure the defect in the pleading, this acts as an adjudication on

the merits, and a judgment will enter.

IT IS SO ORDERED this 25th day of July, 2005.


ROBIN J. CAUTHRON
United States District Judge